

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2022

No. 04-22-00270-CV

John P. **BOERSCHIG** (cross-appellee),
Appellant

v.

**RIO GRANDE ELECTRIC COOPERATIVE**, Inc.(cross-appellant),
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4205
Honorable Roland Andrade, Judge Presiding

# O R D E R

The reporter's record was originally due August 8, 2022. On August 8, 2022, the court reporter filed a notification of late record requesting an extension until September 12, 2022 to file the record. After consideration, we **GRANT** the request and **ORDER** the court reporter to file the record **by September 12, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court